[No. 34074-7-II.   Division Two.   March 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RITHY TEM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-03089-7, Brian M. Tollefson, J., entered November 18, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 34117-4-II.   Division Two.   March 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON KEITH GRASSER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-00675-4, James J. Stonier, J., entered November 23, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 34272-3-II.   Division Two.   March 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY NEIL FREUND, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01885-2, Robert A. Lewis, J., entered December 1, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 34430-1-II.   Division Two.   March 6, 2007.]

JEFF WALKER ET AL., *Respondents*, v. MARGARETANN E. SALAZAR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-14034-3, John R. Hickman, J., and Mary E. Dicke, J. Pro Tem., entered January 13, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Van Deren, J.